OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed. Defendant contends that the prosecution failed to present legally sufficient evidence that his reckless conduct occurred “under circumstances evincing a depraved indifference to human life” (Penal Law § 120.25). Defendant moved to dismiss on the ground “that the prosecution fail[ed] to prove each and every element of both counts of the indictment, beyond a reasonable doubt, as a matter of law.” Defendant’s general motion to dismiss is insufficient to preserve his argument for our review
 
 (see, People v Gray,
 
 86 NY2d 10, 19-21;
 
 People v Bynum,
 
 70 NY2d 858, 859). Defendant’s remaining contention is without merit.
 

 Chief Judge Kaye and Judges Smith, Levine, Ciparick, Wesley and Rosenblatt concur.
 

 Order affirmed in a memorandum.